

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2022

No. 04-22-00020-CV

**WHATABURGER RESTAURANTS LLC** and Crystal Krueger,
Appellants

v.

Sadok **FERCHICHI** and Martina Coronado,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15548
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellees' brief was due March 2, 2022, and appellees filed an unopposed motion requesting an extension until March 11 to file their brief. After consideration, we **grant** appellees' motion and **order** appellees' brief due **by March 11, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2022.

_____
Michael A. Cruz,
Clerk of Court